UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:10CV2218 SNLJ |
| ) | |
| TWO HUNDRED THIRTY-SEVEN ) | |
| THOUSAND, NINE HUNDRED ) | |
| TWENTY DOLLARS ($237,920.00) ) | |
| U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant, New Millenium Wheels, LLC,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, a portion of the defendant currency in the amount of Two Hundred Thousand Dollars ($200,000.00) shall be forfeited to the United States of America to be disposed of according to law,

IT IS FURTHER ORDERED THAT, a portion of the defendant currency in the amount of Thirty-Seven Thousand, Nine Hundred Twenty Dollars ($37,920.00), shall be returned to the claimant, New Millenium Wheels, LLC, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect pursuant to the Debt Collection Improvement Act of 1966, Title 31, United States Code, Section 3716 and other programs such as the Treasury Offset Program, and

This matter is dismissed, with each party to bear its own costs.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

Dated this 23rd Day of August, 2011.